Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 72.89.176.192,<br><br>                Defendant. | Civil Action No. 2:14-cv-04396-KM-MAH |

**DECLARATION OF PATRICK J. CERILLO, ESQ. IN SUPPORT OF MOTION FOR LEAVE TO SERVE SUBPOENAS PRIOR TO RULE 26(f) CONFERENCE**

I, Patrick J. Cerillo, of full age, do hereby declare under penalty of perjury as follows:

1. I am attorney with the law firm of Patrick J. Cerillo, LLC, and I am an attorney at-law-of the state of New Jersey and admitted before this Court. I am counsel of record for Plaintiff in the above-captioned matter. I make this

declaration in support of Plaintiff's accompanying motion for leave to serve subpoenas prior to a Rule 26(f) conference.

    2.    Exhibit A is the Complaint in the above-captioned matter, as filed on July 11, 2014.

    3.    Exhibit B is a copy of Exhibit A to the Complaint in the above-captioned matter, which reflects the IP addresses used to download the copyrighted information.

Dated: July 24, 2014

    /s/ *Patrick J. Cerillo*
Patrick J. Cerillo