Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| MALIBU MEDIA, LLC, | Civil Action No. 2:14-cv-04396-KM-MAH |
|---|---|
| Plaintiff, | |
| v. | |
| JOHN DOE subscriber assigned IP address 72.89.176.192 | |
| Defendant. | |

**CERTIFICATION OF RELATED CASES**

I, Patrick J. Cerillo, certify that the following cases are related:

|  | Caption | Index Number | District Court | Judge/Magistrate Judge |
|---|---|---|---|---|
| 1. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 100.1.79.223 | 2:14-cv-03856-JLL-JAD | Newark | Jose L. Linares, D.J. Joseph A. Dickson, M.J. |
| 2. | Malibu Media, LLC v. John Doe subscriber assigned IP address 108.35.139.220 | 3:14-cv-03864-MAS-DEA | Trenton | Michael A. Shipp, D.J. Douglas E. Arpert, M.J. |
| 3. | Malibu Media, LLC v. John Doe subscriber | 2:14-cv-03858-JLL-JAD | Newark | Jose L. Linares, D.J. Joseph A. Dickson, M.J. |

1

|     |                                                                                  |                       |         |                                                  |
|-----|----------------------------------------------------------------------------------|-----------------------|---------|--------------------------------------------------|
|     | Assigned IP address 108.35.187.119                                               |                       |         |                                                  |
| 4.  | Malibu Media, LLC v. John Doe subscriber Assigned IP address 173.61.73.67        | 2:14-cv-03859-WJM-MF  | Newark  | William J. Martini, D.J. Mark Falk, M.J.         |
| 5.  | Malibu Media, LLC v. John Doe subscriber assigned IP address 173.70.160.184      | 3:14-cv-03866-MAS-DEA | Trenton | Michael A. Shipp, D.J. Douglas E. Arpert, M.J.   |
| 6.  | Malibu Media, LLC v. John Doe subscriber Assigned IP address 173.70.39.69        | 2:14-cv-03870-ES-MAH  | Newark  | Esther Salas, D.J. Michael A. Hammer, M.J.       |
| 7.  | Malibu Media, LLC v. John Doe subscriber Assigned IP address 24.0.204.102        | 2:14-cv-03871-WJM-MF  | Newark  | William J. Martini Mark Falk, M.J.               |
| 8.  | Malibu Media, LLC v. John Doe subscriber Assigned IP address 24.185.21.218       | 2:14-cv-03873-KM-MCA  | Newark  | Kevin McNulty, D.J. Madeline Cox Arleo, M.J.     |
| 9.  | Malibu Media, LLC v. John Doe subscriber Assigned IP address 50.182.80.93        | 2:14-cv-03874-WJM-MF  | Newark  | William J. Martini Mark Falk, M.J.               |
| 10. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 67.83.58.65         | 2:14-cv-03875-JLL-JAD | Newark  | Jose L. Linares, D.J. Joseph A. Dickson, M.J.    |
| 11. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 68.37.91.121        | 3:14-cv-03944-PGS-DEA | Trenton | Peter G. Sheridan, D.J. Douglas E. Arpert, M.J.  |
| 12. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 68.38.209.12        | 3:14-cv-03945-MAS-DEA | Trenton | Michael A. Shipp, D.J. Douglas E. Arpert, M.J.   |
| 13. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 68.38.248.30        | 2:14-cv-03930-WHW-CLW | Newark  | William H. Walls, D.J. Cathy L. Waldor, M.J.     |
| 14. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 68.44.20.131        | 2:14-cv-03931-CCC-MF  | Newark  | Claire C. Cecchi, D.J. Mark Falk, M.J.           |
|     |                                                                                  |                       |         |                                                  |

| 15. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 68.45.26.51 | 2:14-cv-03933-KM-MCA | Newark | Kevin McNulty, D.J.<br><br>Madeline Cox Arleo, M.J. |
|---|---|---|---|---|
| 16. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 68.45.85.156 | 2:14-cv-03982-KSH-CLW | Newark | Katharine S. Hayden, D.J.<br>Cathy L. Waldor, M.J. |
| 17. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 68.83.24.2 | 3:14-cv-03986-JAP-DEA | Trenton | Joel A. Pisano, D.J.<br>Douglas E. Arpert, M.J. |
| 18. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 69.112.184.27 | 2:14-cv-03988-KM-MAH | Newark | Kevin McNulty, D.J.<br>Michael A. Hammer, M.J. |
| 19. | Malibu Media, LLC v. John Doe subscriber assigned IP address 69.116.182.52 | 2:14-cv-03989-SDW-MCA | Newark | Susan D. Wigenton, D.J.<br>Madeline Cox Arleo, M.J. |
| 20. | Malibu Media, LLC v. John Doe subscriber assigned IP address 69.141.36.170 | 2:14-cv-03990-SRC-CLW | Newark | Stanley R. Chester, D.J.<br>Cathy L. Waldor, M.J. |
| 21. | Malibu Media, LLC v. John Doe subscriber assigned IP address 69.141.58.135 | 3:14-cv-03974-MAS-DEA | Trenton | Michael A. Shipp, D.J.<br>Douglas E. Arpert, M.J. |
| 22. | Malibu Media, LLC v. John Doe subscriber assigned IP address 69.248.91.104 | 2:14-cv-03968-SDW-MCA | Newark | Susan D. Wigenton, D.J.<br>Madeline Cox Arleo, M.J. |
| 23. | Malibu Media, LLC v. John Doe subscriber assigned IP address 71.172.159.108 | 2:14-cv-03969-SRC-CLW | Newark | Stanley R. Chesler, D.J.<br>Cathy L. Waldor, M.J. |
| 24. | Malibu Media, LLC v. John Doe subscriber assigned IP address 71.187.30.126 | 3:14-cv-03975-FLW-DEA | Trenton | Freda L. Wolfson, D.J.<br>Douglas E. Arpert, M.J. |
| 25. | Malibu Media, LLC v. John Doe subscriber assigned IP address 72.68.64.91 | 3:14-cv-03977-FLW-LHG | Trenton | Freda Wolfson, D.J.<br>Lois H. Goodman, M.J. |
| 26. | Malibu Media, LLC v. John Doe subscriber | 3:14-cv-03980-JAP-LHG | Trenton | Joel A. Pisano, D.J.<br>Lois H. Goodman, M.J. |

|     |                                                                                   |                        |         |                                                           |
| --- | --------------------------------------------------------------------------------- | ---------------------- | ------- | --------------------------------------------------------- |
|     | assigned IP address 72.76.126.122                                                 |                        |         |                                                           |
| 27. | Malibu Media, LLC v. John Doe subscriber assigned IP address 74.105.3.188         | 3:14-cv-03981-PGS-TJB  | Trenton | Peter G. Sheridan, D.J. Tonianne J. Bongiovanni, M.J.     |
| 28. | Malibu Media, LLC v. John Doe subscriber assigned IP address 96.235.189.176       | 3:14-cv-03984-JAP-DEA  | Trenton | Joel A. Pisano, D.J. Douglas E. Arpert, M.J.              |
| 29. | Malibu Media, LLC v. John Doe subscriber assigned IP address 100.1.51.93          | 2:14-cv-04333-KSH-CLW  | Newark  | Katharine S. Hayden, D.J. Cathy L. Waldor, M.J.           |
| 30. | Malibu Media, LLC v. John Doe subscriber assigned IP address 108.35.237.90        | 2:14-cv-04334-SRC-CLW  | Newark  | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J.            |
| 31. | Malibu Media, LLC v. John Doe subscriber assigned IP address 108.53.177.46        | 2:14-cv-04335-JLL-JAD  | Newark  | Jose L. Linares, D.J. Joseph A. Dickson, M.J.             |
| 32. | Malibu Media, LLC v. John Doe subscriber assigned IP address 108.53.208.114       | 2:14-cv-04336-FSH-MAH  | Newark  | Faith S. Hochberg, D.J. Michael A. Hammer, M.J.           |
| 33. | Malibu Media, LLC v. John Doe subscriber assigned IP address 173.63.211.24        | 2:14-cv-04337-JLL-JAD  | Newark  | Jose L. Linares, D.J. Joseph A. Dickson, M.J.             |
| 34. | Malibu Media, LLC v. John Doe subscriber assigned IP address 173.70.141.73        | 2:14-cv-04338-WHW-CLW  | Newark  | William H. Walls, D.J. Cathy L. Waldor, M.J.              |
| 35. | Malibu Media, LLC v. John Doe subscriber assigned IP address 174.57.40.116        | 2:14-cv-04339-CCC-MF   | Newark  | Claire C. Cecchi, D.J. Mark Falk, M.J.                    |
| 36. | Malibu Media, LLC v. John Doe subscriber assigned IP address 50.166.10.61         | 2:14-cv-04340-ES-MAH   | Newark  | Esther Salas, D.J. Michael A. Hammer, M.J.                |

| 37. | Malibu Media, LLC v. John Doe subscriber assigned IP address 68.32.157.215 | 2:14-cv-04342-WJM-MF | Newark | William J. Martini, D.J. Mark Falk, M.J. |
| --- | --- | --- | --- | --- |
| 38. | Malibu Media, LLC v. John Doe subscriber assigned IP address 68.39.231.159 | 2:14-cv-04343-ES-JAD | Newark | Esther Salas, D.J. Joseph A. Dickson, M.J. |
| 39. | Malibu Media, LLC v. John Doe subscriber assigned IP address 72.76.85.243 | 2:14-cv-04397-JLL-JAD | Newark | Jose L. Linares, D.J. Joseph A. Dickson. M.J. |
| 40. | Malibu Media, LLC v. John Doe subscriber assigned IP address 74.105.115.205 | 2:14-cv-04394-KM-MAH | Newark | Kevin McNulty, D.J. Michael A. Hammer, M.J. |
| 41. | Malibu Media, LLC v. John Doe subscriber assigned IP address 74.105.7.159 | 2:14-cv-04393-JLL-JAD | Newark | Jose L. Linares, D.J. Joseph A. Dickson, M.J |
| 42. | Malibu Media, LLC v. John Doe subscriber assigned IP address 76.117.225.195 | 2:14-cv-04386-CCC-JBC | Newark | Claire C. Cecchi, D.J. James B. Clark, III, M.J. |
| 43. | Malibu Media, LLC v. John Doe subscriber assigned IP address 96.225.16.233 | 2:14-cv-04387-KM-MCA | Newark | Kevin McNulty, D.J. Madeline Cox Arleo, D.J. |
| 44. | Malibu Media, LLC v. John Doe subscriber assigned IP address 96.242.40.104 | 2:14-cv-04389-WJM-MF | Newark | William J. Martini, D.J. Mark Falk, M.J. |
| 45. | Malibu Media, LLC v. John Doe subscriber assigned IP address | 2:14-cv-04390-SDW-MCA | Newark | Susan D. Wigenton, D.J. Madeline Cox Arleo, D.J. |

|     |                                                                              |                       |        |                                              |
| --- | ---------------------------------------------------------------------------- | --------------------- | ------ | -------------------------------------------- |
|     | 98.109.130.98                                                                |                       |        |                                              |
| 46. | Malibu Media, LLC v. John Doe subscriber assigned IP address 98.109.176.105 | 2:14-cv-04392-SRC-CLW | Newark | Stanley R. Chesler, D.J. Cathy L. Waldor, M.J. |
| 47. | Malibu Media, LLC v. John Doe subscriber assigned IP address 98.109.66.5   | 2:14-cv-04398-WHW-CLW | Newark | William H. Walls, D.J. Cathy L. Waldor, M.J. |

                                        Respectfully submitted,

Dated: July 24, 2014        By:    /s/ *Patrick J. Cerillo*
                                          Patrick J. Cerillo, Esq.
                                          Patrick J. Cerillo, LLC
                                          4 Walter Foran Blvd., Suite 402
                                          Flemington, NJ 08822
                                          T: (908) 284-0997
                                          F: (908) 284-0915
                                          pjcerillolaw@comcast.net
                                          *Attorneys for Plaintiff*