**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

MALIBU MEDIA, LLC,

    Plaintiff,

v().                                                                       Civil Action No. 2:14-cv-04396-KM-MAH

JOHN DOE, subscriber assigned IP address
72.89.176.192,

    Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 72.89.176.192. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  December 15, 2014

                                          Respectfully submitted,

                                          By:     /s/ *Patrick J. Cerillo*
                                          Patrick J. Cerillo
                                          pjcerillolaw@comcast.net
                                          4 Walter Foran Blvd.
                                          Suite 402
                                          Flemington, NJ 08822
                                          Attorney ID No.:  01481-1980
                                          Telephone:  (908) 284-0997
                                          Facsimile:  (908) 284-0915
                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 15, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:  /s/ *Patrick J. Cerillo*_____
      Patrick J. Cerillo